In the Matter of the Claim of ANNA VOELKER, Respondent, against Jos. ROSENBERG'S SONS et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Argued September 28, 1937; decided October 12, 1937.

*Jeremiah F. Connor* and *William E. Lowther* for appellants.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.